IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID C. SUSSMAN,

    Plaintiff,

v().                                                     CASE NO. 4:14cv619-RH/CAS

C. METCALF, and ASST.
WARDEN CUMBIE,

    Defendants.

_____/

## ORDER OF TRANSFER

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 102. The recommendation is to grant the consented motion to transfer the case to the Middle District of Florida, where the events at issue occurred.

    Under 28 U.S.C. § 1404(a), "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . ." This action could properly have been brought in the Middle District. Transfer will serve the convenience of parties and witnesses and is in the interest of justice. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. This case is transferred to the Middle District of Florida, Tampa Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on December 30, 2016.

s/Robert L. Hinkle
United States District Judge